# Order

Michigan Supreme Court
Lansing, Michigan

August 10, 2018

157176(50)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

JAMES LEE,
   Defendant-Appellee.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157176
COA: 334308
Wayne CC: 16-001002-FC

On order of the Chief Justice, the second motion to extend the time for filing the defendant-appellee's supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 21, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2018



Clerk